UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00314-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **RICHARD FRIEDMAN** and
2. AREZOO ERICA GHOLIZADEH,

    Defendants.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's calendar, the Change of Plea Hearing set for Thursday, October 20, 2011, at 3:30 p.m. for Defendant Richard Friedman is **VACATED** and **RESET** for **Monday, November 28, 2011, at 2:30 p.m.**

    Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 12, 2011.